DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY MARSHALL,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE
ASPEN INCOME TRUST, A DELAWARE STATUTORY TRUST,**
Appellee.

No. 4D2023-1904

[January 8, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE22-011945.

Anthony Marshall, Eatonville, pro se.

Sean K. Mills of MBK Chapman PC, Boca Raton, for appellee.

PER CURIAM.

In this appeal from a final summary judgment based upon a judicial default as a sanction for violating court orders, appellant claims that the court failed to issue an order to show cause before issuing the judicial default. The Florida Rules of Civil Procedure do not require a trial court to issue an order to show cause in order to issue a sanction. All that is required is notice and an opportunity to be heard. *See, e.g.*, *Neder v. Greyhound Fin. Corp.*, 592 So. 2d 1218, 1218 (Fla. 1st DCA 1992). In this case, appellee moved for the entry of a judicial default and noticed it for hearing, but appellant failed to appear at the hearing to object or provide evidence of his compliance with the prior order. Due process was satisfied.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***